# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERT D. COLIN,

    Defendant.

Case No. 2:06-mj-00590-GWF

**ORDER**

On March 13, 2018, the Court found that Defendant had completed the 64 hours of community service, completed the DUI Course and completed the Victim Impact Panel. *See Minutes of Proceedings* (ECF No. 35). As a result, the Court ordered that this case be closed. Because this case is now closed, Defendant is entitled to have his passport returned to him.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge